**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

      **Plaintiff**

**vs**                                            **Case No. 4:08cr62-RH/WCS**

**JOSEPH MAXWELL CHESTER**
    a/k/a Santa Claus

      **Defendant**
                                              /

**FINAL ORDER OF FORFEITURE**

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order Of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on May 18, 2009, this Court entered a Preliminary Order Of Forfeiture against:

    A.    2002 Keystone Coach Travel Trailer bearing Florida license plate number G930XX and vehicle identification number 4YDF2852227303771 ; and

WHEREAS, the Ancillary Proceedings against the real property located at 2559 Sugar Pine Court, Tallahassee, Florida, as set forth in the Preliminary Order, is ongoing. The court will address the forfeiture of the real property at a later date; and

WHEREAS, pursuant to Rule G (4)(a) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and of the intent of the United States of America to dispose of the property was published

on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on October 9, 2009. Such notice informs all third parties of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property; and

WHEREAS, no persons or entities having an interest in the above-referenced property have filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the **2002 Keystone Coach Travel Trailer bearing Florida license plate number G930XX and vehicle identification number 4YDF2852227303771** is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

SO ORDERED on June 28, 2010.

s/Robert L. Hinkle<br>United States District Judge